# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4074
_____

L.F., Mother of L.F., L.F. and
A.O., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Francis Allman, Judge.

June 4, 2019

PER CURIAM.

    AFFIRMED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Valarie Linnen, Jacksonville, for Appellant.

Sarah J. Rumph of Children's Legal Services, Tallahassee; Thomasina F. Moore, Sara Elizabeth Goldfarb of the Guardian ad Litem, Tallahassee, for Appellee.